**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BIAX CORPORATION, | ) |
| Plaintiff | ) |
| vs. | ) Civil Action No. 2-06CV-364 TJW |
| FUJITSU COMPUTER SYSTEMS CORPORATION, | ) **JURY TRIAL DEMANDED** |
| and | ) |
| SUN MICROSYSTEMS INC., | ) |
| Defendants. | ) |

## ORDER

On this day, the Court considered Defendant Sun Microsystems, Inc.'s Motion to File Under Seal Defendant Sun Microsystems Reply to Plaintiff BIAX's Response to Defendant Sun Microsystems Motion to Disqualify. After consideration of all matters presented to the Court, good cause appearing therefore, Sun Microsystems, Inc.'s Motion is GRANTED.

IT IS HEREBY ORDERED THAT Sun Microsystems, Inc.'s Motion to File Under Seal Defendant Sun Microsystems, Inc.'s Reply to Plaintiff BIAX's Response to Defendant Sun Microsystems, Inc.'s Motion to Disqualify, and related exhibits, may be filed under seal.

SIGNED this 22nd day of January, 2007.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE